**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
PATRICK K. SWEETEN, (*pro hac vice motion forthcoming*)
  E-Mail: Patrick.Sweeten@oag.texas.gov
KATHLEEN T. HUNKER, (*pro hac vice motion forthcoming*)
  E-Mail: Kathleen.Hunker@oag.texas.gov
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548
Telephone: 512.936.1414
Facsimile: 512.936.0545

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, CA Bar No. 130193
  E-Mail: Michael.Johnson@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260
Attorneys for Intervenor-Defendant
KEN PAXTON IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF TEXAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WOMEN'S STUDENT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant.<br><br>and<br><br>STATE OF TEXAS,<br><br>[Proposed] Intervenor-Defendant. | Case No. 3:21-cv-01626-EMC<br><br>**INTERVENOR-DEFENDANT STATE OF TEXAS'S NOTICE OF MOTION AND MOTION TO INTERVENE AS DEFENDANT**<br><br>Judge: Hon. Edward M. Chen<br><br>**Date:     May 20, 2021**<br>**Time:    1:30 p.m.**<br>**Crtrm:   5, 17th Floor** |

Putative Intervenor-Defendant, the State of Texas, by and through the Attorney General of Texas, and pursuant to Federal Rule of Civil Procedure 24, moves to intervene as of right in the above-captioned action or, in the alternative, permissively. In support of this Motion, Texas relies

on the following contemporaneously-filed documents:

1. Memorandum in Support of Texas' Motion to Intervene;
2. [Proposed] Intervenor-Defendant Texas' Answer; and
3. [Proposed] Order Granting Texas' Motion to Intervene.

For the reasons stated in this Motion and accompanying documents, Texas respectfully requests that the Court grant its Motion to Intervene.

DATED: April 7, 2021                          Respectfully submitted.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Michael K. Johnson*
Michael K. Johnson
Attorneys for Defendant
KEN PAXTON IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF TEXAS

Patrick K. Sweeten
Deputy Attorney General
for Special Litigation
Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
Grant Dorfman
Deputy First Assistant Attorney General
William T. Thompson
Deputy Chief, Special Litigation Unit
Kathleen T. Hunker
Special Counsel
Attorneys for Defendant
KEN PAXTON IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL
OF TEXAS

**CERTIFICATE OF SERVICE**
*The Women's Student Union v. U.S. Department of Education, et al.*
USDC-ND, San Francisco Division, Case No. 3:21-cv-01626-EMC

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 7, 2021, I served the following document:

**INTERVENOR-DEFENDANT STATE OF TEXAS'S NOTICE OF MOTION AND MOTION TO INTERVENE**

The document was served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to all persons registered by the Court to receive Notifications of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 7, 2021                         */s/ Sandra Hayes*
                                              Sandra Hayes