BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

BENJAMIN T. TAKEMOTO
(D.C. Bar No. 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WOMEN'S STUDENT UNION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Case No. 21-cv-1626-EMC<br><br>**Stipulated Request for an Order Extending Time to Respond to Texas's Motion to Intervene**<br><br>Hon. Edward M. Chen<br>Hearing: May 20, 2021, 1:30 p.m.<br><br>Phillip Burton Federal Building & United States Courthouse, Courtroom 5, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 |

*WSU v. ED*, No. 21-cv-1626-EMC, Stipulated Request for Order Extending Time

Subject to the Court's approval and pursuant to Local Civil Rule 6-2, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. Plaintiff The Women's Student Union filed its Complaint on March 8, 2021. ECF No. 1.
2. Texas filed its Motion to Intervene as a Defendant on April 7, 2021. ECF No. 19.
3. The parties' responses to Texas's Motion to Intervene are currently due on April 21, 2021.
4. For the reasons set forth in Benjamin T. Takemoto's declaration, the parties request that the deadline for their responses to Texas's Motion to Intervene be extended until May 6, 2021 and that Texas's reply be extended until May 13, 2021.

Dated: April 19, 2021

Respectfully Submitted,

SETH M. GALANTER*
National Center for Youth Law
712 H Street NE, Suite 32020
Washington, DC 20002
Ph: (202) 868-4781
Fax: (510) 835-8099
Email: sgalanter@youthlaw.org

ADELE P. KIMMEL (CA Bar No. 126843)
ALEXANDRA Z. BRODSKY*
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
Ph: (202) 797-8600
Fax: (202) 232-7203
Email: akimmel@publicjustice.net
          abrodsky@publicjustice.net

ADRIENNE SPIEGEL (CA Bar No. 330482)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: aspiegel@publicjustice.net

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

*Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
(D.C. Bar No. 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*

LINDA M. CORREIA*
LAUREN A. KHOURI*
Correia & Puth, PLLC
1400 16th Street NW, Suite 450
Washington DC 20036
Ph: (202) 602-6500
Fax: (202) 602-6501
Email: lcorreia@correiaputh.com
       lkhouri@correiaputh.com

*admitted pro hac vice

Attorneys for Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties' responses to Texas's Motion to Intervene are due May 6, 2021 and Texas's reply is due May 13, 2021.

Dated: _____      _____
                                     EDWARD M. CHEN
                                     United States District Judge