Adrienne Spiegel (CA Bar No. 330482)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: aspiegel@publicjustice.net

*Full listing appears in signature block*

Counsel for Plaintiff The Women's Student Union

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE WOMEN'S STUDENT UNION, | **PLAINTIFF'S STATEMENT OF RECENT DECISION** |
| *Plaintiff*, | Civil Action No. 3:21-cv-01626-EMC |
| v. | Judge: Honorable Edward M. Chen |
| U.S. DEPARTMENT OF EDUCATION, | Hearing: June 10, 2021, 1:30 PM (virtual) |
| *Defendant*. | Courtroom 5, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 |

### PLAINTIFF'S STATEMENT OF RECENT DECISION

Pursuant to Local Rule 7-3(d)(2), Plaintiff the Women's Student Union submits a supplemental citation in support of its Opposition to Texas's Motion to Intervene, ECF 27.

On May 12, 2021, the U.S. District Court for the District of Massachusetts denied Texas's motion to intervene in other litigation regarding the U.S. Department of Education's 2020 Title IX regulation. Exhibit 1, ECF 170, *Victim Rts. L. Ctr. et al. v. DeVos et al.*, 1:20-cv-11104-WGY (D. Mass. May 12, 2021). In a minute order, the court denied Texas's motion as "untimely and without merit," holding that "[t]he likelihood of internal review by the agency affords no grounds for intervention." Ex. 1.

| | |
|---|---|
| Date: May 14, 2021 | Respectfully submitted, |

| | |
|---|---|
| Seth M. Galanter* | Adele P. Kimmel (CA Bar No. 126843) |
| National Center for Youth Law | Alexandra Z. Brodsky* |
| 712 H Street NE, Suite 32020 | Public Justice |
| Washington, DC 20002 | 1620 L Street NW, Suite 630 |
| Ph: (202) 868-4781 | Washington, DC 20036 |
| Fax: (510) 835-8099 | Ph: (202) 797-8600 |
| Email: sgalanter@youthlaw.org | Fax: (202) 232-7203 |
| | Email: akimmel@publicjustice.net |
| | abrodsky@publicjustice.net |
| Linda M. Correia* | Adrienne Spiegel (CA Bar No. 330482) |
| Lauren A. Khouri* | Public Justice |
| Correia & Puth, PLLC | 475 14th Street, Suite 610 |
| 1400 16th Street NW, Suite 450 | Oakland, CA 94612 |
| Washington DC 20036 | Ph: (510) 622-8150 |
| Ph: (202) 602-6500 | Fax: (202) 232-7203 |
| Fax: (202) 602-6501 | Email: aspiegel@publicjustice.net |
| Email: lcorreia@correiaputh.com | |
| lkhouri@correiaputh.com | *admitted pro hac vice* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2021, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send a notification of the filing to counsel in this case.

/s/ Lauren A. Khouri

*Plaintiff's Statement of Recent Decision - 3:21-cv-01626-EMC*