# EXHIBIT 1

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Wednesday, May 12, 2021 2:16 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:20-cv-11104-WGY Victim Rights Law Center et al v. DeVos et al Order on Motion to Intervene

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 5/12/2021 at 2:15 PM EDT and filed on 5/12/2021
**Case Name:** Victim Rights Law Center et al v. DeVos et al
**Case Number:** 1:20-cv-11104-WGY
**Filer:**
**Document Number:** 170(No document attached)

**Docket Text:**
**Judge William G. Young: ELECTRONIC ORDER entered denying [164] Motion to Intervene as Defendant by State of Texas. Motion is denied as untimely and without merit. The likelihood of internal review by the agency affords no grounds for intervention. The Court will, however, welcome a brief amici curiae filed within 20 days of the date of this order. (Gaudet, Jennifer)**

**1:20-cv-11104-WGY Notice has been electronically mailed to:**

Kenneth B. Walton ken.walton@lewisbrisbois.com

Kristin M. Knuuttila kmk@knuuttilalaw.com

Daniel Jaffe dan.jaffe@huschblackwell.com, daniel-jaffe-5458@ecf.pacerpro.com

Linda M. Correia lcorreia@correiaputh.com, Firm@correiaputh.com

Gregory F Noonan gregory.noonan@hoganlovells.com, kelly.caldwell@hoganlovells.com

Julie G. O'Neill joneill@mofo.com, DocketDC@mofo.com, cwoods@mofo.com, julie-oneill-0805@ecf.pacerpro.com

Lisa N. Cloutier lcloutier@tfnlgroup.com

Patrick Strawbridge patrick@consovoymccarthy.com, cam@consovoymccarthy.com

Ellen L. Eardley EEardley@findjustice.com, pleadings@findjustice.com

Oren M. Sellstrom osellstrom@lawyerscom.org

Lauren A. Khouri lkhouri@correiaputh.com, gmeisel@correiaputh.com

Tara Jill Davis tdavis@nmllplaw.com, amiltenberg@nmllplaw.com, cgarcia@nmllplaw.com, kgilbert@nmllplaw.com, vguisse@nmllplaw.com

Steven A. Myers steven.a.myers@usdoj.gov

Naomi M. Mann nmann@bu.edu

Rebecca M. Kopplin rebecca.m.kopplin@usdoj.gov

Sunu Chandy schandy@nwlc.org

Natalie Fleming-Nolen NFlemingnolen@mofo.com

Robin A. Smith rsmith@mofo.com

Evan M. Harris EHarris@mofo.com

Geoffrey B. Kehlmann gkehlmann@gmsr.com, pherndon@gmsr.com

Cynthia E. Tobisman ctobisman@gmsr.com

David Hinojosa dhinojosa@lawyerscommittee.org

Lauren E. Snyder lsnyder@hwglaw.com

Daniel Tingley dtingley@hwglaw.com

Aleksandra O. Rushing aleks.rushing@huschblackwell.com

Allen F. James aj.james@huschblackwell.com

Paige Duggins-Clay paige.duggins-clay@huschblackwell.com

Amy Poyer amy.poyer@cwlc.org

Shiwali G. Patel spatel@nwlc.org

Cynthia P. Garrett CPGarrett@FACECampusEquality.org

Jesse R. Binnall jesse@binnall.com

Jennifer L. Mascott jenn.mascott@usdoj.gov

**1:20-cv-11104-WGY Notice will not be electronically mailed to:**

Caitlin A. Crujido
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006-1888

Cari S. Simon
The Fierberg National Law Group, PLLC
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006

Elizabeth Tang
National Women's Law Center
11 Dupont Circle, NW
Suite 800
Washington, DC 20036

Emily J. Martin
National Women's Law Center
11 Dupont Circle, NW
Suite 800
Washington, DC 20036

John W. Borkowski
Husch Blackwell LLP
120 South Riverside Plaza
Chicago, IL 60606

Matthew S. Shapanka
Covington & Burling
CityCenter
850 Tenth Street, NW
Washington, DC 20001

Neena Chaudhry
National Women's Law Center
11 Dupot Circle, NW
Suite 800
Washington, DC 20036

Roy L. Austin
Harris, Wiltshire & Grannis LLP
1919 M St., N.W.
8th Floor
Washington, DC 20036

Saul E. Wolf
Manly Stewart & Finaldi

19100 Von Karman Ave.
Suite 800
Irvine, CA 92612

Vanshika Vij
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Suite 6000
Washington, DC 20006-1888