**CONSOVOY MCCARTHY PLLC**
William S. Consovoy*
    E-Mail: will@consovoymccarthy.com
Bryan K. Weir (CA Bar. #310964)
    E-mail: bryan@consovoymccarthy.com
Cameron T. Norris*
    E-mail: cam@consovoymccarthy.com
Alexa R. Baltes*
    E-mail: lexi@consovoymccarthy.com
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Telephone: (703) 243-9423
Counsel for [Proposed] Intervenor-Defendants
Speech First, Inc. and Independent Women's Law Center

**COOPER & KIRK, PLLC**
Charles J. Cooper*
    E-mail: ccooper@cooperkirk.com
Brian W. Barnes*
    E-mail: bbarnes@cooperkirk.com
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
Counsel for [Proposed] Intervenor-Defendants
Foundation for Individual Rights in Education
    *Motion to Appear Pro Hac Vice Forthcoming

*Additional Counsel for Proposed Intervenors Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| The Women's Student Union,<br><br>   *Plaintiff*,<br> v.<br><br>U.S. Department of Education,<br><br>   *Defendant*,<br><br>Foundation for Individual Rights in Education, Independent Women's Law Center, Speech First, Inc.,<br><br>   *[Proposed] Intervenor-Defendants* | Case No. 3:21-cv-01626-EMC<br><br>**INTERVENOR-DEFENDANTS' NOTICE OF MOTION AND MOTION TO INTERVENE AS DEFENDANTS**<br><br>Judge: Hon. Edward M. Chen<br><br>Date: July 1, 2021<br>Time: 1:30 p.m.<br>Crtrm: 5, 17th Floor |

Putative Intervenor-Defendants, Foundation for Individual Rights in Education, Independent Women's Law Center, and Speech First, Inc., by and through counsel, and pursuant to Federal Rule of Civil Procedure 24, move to intervene as of right in the above-captioned action or, in the alternative, permissively. In support of this Motion, Proposed Intervenor-Defendants rely on the following contemporaneously filed documents: (1) Memorandum of Points and Authorities in Support of Intervenor-Defendants' Motion to Intervene as Defendants; (2) [Proposed] Intervenor-Defendants' Answer; and (3) [Proposed] Order Granting Intervenor-Defendants' Motion to Intervene as Defendants.

This motion has been calendared for hearing on July 1, 2021, at 1:30 p.m., in Courtroom 5, 17th Floor before Judge Edward M. Chen.

For the reasons stated in this Motion and accompanying documents, Foundation for Individual Rights in Education, Independent Women's Law Center, and Speech First, Inc. respectively request that the Court grant their Motion to Intervene. Movants satisfy the standards for both intervention as of right and permissive intervention. In support thereof, Proposed Intervenors state as follows:

Proposed Intervenors have timely filed this motion. Plaintiff filed the complaint on March 8, Defendants have yet answer the Complaint, and nothing of substance has happened in the case.

Movants have significantly protectable interests in this action: As public interest groups that advocate for the free speech and due process rights the rule challenged in this case protects, movants have an interest in protecting the legality of the rule. Movants likewise have a protectable interest in the action because the rule affects Movants' allocation of resources. Finally, Movants have a significantly protectable interest in safeguarding the free-speech and due process rights of themselves and their members.

This action threatens to impair Proposed Intervenors' interests. It is a premise of Plaintiff's lawsuit that the rule's definition of "sexual harassment" will significantly narrow the types of speech and expressive conduct that schools prohibit and punish. If Plaintiff succeeds, Movants unquestionably stand to gain or lose by the direct legal operation of the outcome of this case, and

1   Movants have no alternate means to vindicate their interests if they are not permitted to intervene
2   in this action.
3        Proposed Intervenors' interests are not adequately represented by the Department of
4   Education. Movants have distinct and different interests from those of the Department, which will
5   have direct consequences on the kinds of arguments each will make. Unlike the Department, which
6   sought to balance competing interests in adopting the Title IX rule, Movants represent only the
7   free-speech and due process rights of students. Because proposed intervenors seek to make
8   arguments that none of the existing parties are prepared or willing to advance, there is a compelling
9   reason to conclude that their interests are not adequately represented.
10       Accordingly, Proposed Intervenors are entitled to intervene as of right.
11       Alternatively, the Court should grant Proposed Intervenors permissive intervention.
12  Movants do not seek to add additional claims, the motion is timely, and their defenses share
13  common questions with the main action. Granting permissive intervention will not cause any undue
14  delay or prejudice and, in fact, may promote judicial economy by resolving questions concerning
15  the constitutionality of the rule through this action. Moreover, movants' intervention will contribute
16  to the resolution of the case by providing important perspectives that would otherwise be missing,
17  and their experience and expertise regarding the questions in this case will meaningfully assist the
18  Court.
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: May 24, 2021 | Respectfully submitted, |
| 2 | /s/ Bradley A. Benbrook | /s/ Bryan K. Weir |

Bradley A. Benbrook (CA Bar. #177768)
Stephen M. Duvernay (CA Bar. #250957)
BENBROOK LAW GROUP, PC
400 Capitol Mall
Suite 2530
Sacramento, CA 95814
(916)447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com
*Counsel for all Proposed Intervenors*

William S. Consovoy*
Bryan K. Weir (CA Bar. #310964)
Cameron T. Norris*
Alexa R. Baltes*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
bryan@consovoymccarthy.com
cam@consovoymccarthy.com
lexi@consovoymccarthy.com
*Counsel for Speech First, Inc. and Independent Women's Law Center*

/s/ Charles J. Cooper

Charles J. Cooper*
Brian W. Barnes*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
bbarnes@cooperkirk.com
*Counsel for Foundation for Individual Rights in Education*

\*Motion to Appear Pro Hac Vice Forthcoming

2    Case No 3:21-cv-01626-EMC
INTERVENOR-DEFENDANTS' NOTICE OF MOT. & MOT. TO INTERVENE AS DEFENDANTS