**CONSOVOY MCCARTHY PLLC**
William S. Consovoy*
    E-Mail: will@consovoymccarthy.com
Bryan K. Weir (CA Bar. #310964)
    E-mail: bryan@consovoymccarthy.com
Cameron T. Norris*
    E-mail: cam@consovoymccarthy.com
Alexa R. Baltes*
    E-mail: lexi@consovoymccarthy.com
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Telephone: (703) 243-9423
Counsel for [Proposed] Intervenor-Defendants
Speech First, Inc. and Independent Women's Law Center

**COOPER & KIRK, PLLC**
Charles J. Cooper*
    E-mail: ccooper@cooperkirk.com
Brian W. Barnes*
    E-mail: bbarnes@cooperkirk.com
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
Counsel for [Proposed] Intervenor-Defendant
Foundation for Individual Rights in Education
        *Motion to Appear Pro Hac Vice Forthcoming

*Additional Counsel for Proposed Intervenors Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| The Women's Student Union,<br><br>                    *Plaintiff,*<br>    v.<br><br>U.S. Department of Education,<br><br>                    *Defendant,*<br><br><br>Foundation for Individual Rights in Education, Independent Women's Law Center, and Speech First, Inc.,<br><br>    *[Proposed] Intervenor-Defendants* | Case No. 3:21-cv-01626-EMC<br><br>**[Proposed] INTERVENOR-DEFENDANTS' ANSWER**<br><br>Judge: Hon. Edward M. Chen |

[proposed] INTERVENOR-DEFENDANTS' ANSWER

1    Proposed Intervenor Foundation for Individual Rights in Education submits the following

2    answer to Plaintiff's complaint, Doc. 1. Unless expressly admitted below, Proposed Intervenors

3    deny the factual allegations in the complaint. Proposed Intervenors respond to the numbered

4    allegations of the complaint as follows:

5    1.    Proposed Intervenors lack sufficient information to admit or deny the allegations

6    in this paragraph.

7    2.    Proposed Intervenors lack sufficient information to admit or deny the allegations

8    in this paragraph.

9    3.    Proposed Intervenors lack sufficient information to admit or deny the allegations

10   in this paragraph.

11   4.    Proposed Intervenors lack sufficient information to admit or deny the allegations

12   in this paragraph.

13   5.    Proposed Intervenors lack sufficient information to admit or deny the allegations

14   in this paragraph.

15   6.    The cited legal authority speaks for itself.  Proposed Intervenors lack sufficient

16   information to admit or deny the remaining allegations in this paragraph.

17   7.    Admitted.

18   8.    Proposed Intervenors admit that Betsy DeVos led the Department of Education in

19   2020 and that in that year the Department promulgated regulations to effectuate Title IX. This

20   paragraph otherwise consists of legal conclusions that do not require a response.

21   9.    This paragraph contains legal conclusions that do not require a response. The

22   Department's Regulations speak for themselves, and to the extent this paragraph includes

23   allegations that are deemed factual, they are denied.

24   10.    This paragraph contains legal conclusions that do not require a response. The

25   Department's Regulations speak for themselves, and to the extent this paragraph includes

26   allegations that are deemed factual, they are denied.

27   11.    This paragraph contains legal conclusions that do not require a response. The

28   Department's Regulations speak for themselves, and to the extent this paragraph includes

Case No 3:21-cv-01626-EMC

[proposed] INTERVENOR-DEFENDANTS' ANSWER

allegations that are deemed factual, they are denied.

12.     This paragraph contains legal conclusions that do not require a response. The Department's Regulations speak for themselves, and to the extent this paragraph includes allegations that are deemed factual, they are denied.

13.     The Regulations speak for themselves. Proposed Intervenors admit that the Regulations supersede earlier policies. Proposed Intervenors lack sufficient information to admit or deny any remaining allegations in this paragraph.

14.     The Regulations speak for themselves, and Proposed Intervenors deny Plaintiff's characterizations of those regulations. Proposed Intervenors lack sufficient information to admit or deny any remaining allegations in this paragraph.

15.     This paragraph consists of legal conclusions that do not require a response. Proposed Intervenors lack sufficient information to admit or deny any remaining allegations in this paragraph.

16.     Proposed Intervenors lack sufficient information to respond to the allegations about the identity, purpose, and activities of Plaintiff The Women's Student union.

17.     Admitted.

18.     This paragraph consists of legal conclusions that do not require a response.

19.     This paragraph consists of legal conclusions that do not require a response.

20.     This paragraph consists of legal conclusions that do not require a response.

21.     The legal authority cited in this paragraph speaks for itself. This paragraph contains legal conclusions that do not require a response.

22.     Proposed Intervenors admit that Title IX has been the law for more than 45 years. Proposed Intervenors lack sufficient information to admit or deny the remaining allegations in this paragraph.

23.     The Supreme Court decisions cited in this paragraph speak for themselves. This paragraph contains legal conclusions that do not require a response.

24.     Proposed Intervenors admit that Title IX is enforced by federal agencies. The statutes cited in this paragraph speak for themselves, and the legal conclusions concerning those

[proposed] INTERVENOR-DEFENDANTS' ANSWER

statutes do not require a response. Proposed Intervenors lack sufficient information to admit or deny the remaining allegations in this paragraph.

25.     Proposed Intervenors admit that the Department of Education, through its Office for Civil Rights, has been the primary federal agency charged with enforcing Title IX administratively. The remaining allegations in this paragraph are legal conclusions that do not require a response.

26.     Proposed Intervenors admit that the cited documents were issued by the Department. Those documents speak for themselves, and the legal conclusions in this paragraph do not require a response.

27.     The Department's guidance documents speak for themselves, and the legal conclusions in this paragraph do not require a response.

28.     The Department's guidance documents speak for themselves, and the legal conclusions in this paragraph do not require a response.

29.     The Department's guidance documents speak for themselves, and the legal conclusions in this paragraph do not require a response.

30.     The Department's guidance documents speak for themselves, and the legal conclusions in this paragraph do not require a response.

31.     The Department's guidance documents speak for themselves, and the legal conclusions in this paragraph do not require a response.

32.     This paragraph contains legal conclusions that do not require a response. To the extent this paragraph includes factual allegations, Proposed Intervenors do not have sufficient information to admit or deny those allegations.

33.     This paragraph consists of legal conclusions that do not require a response and the cited legal authorities that speak for themselves.

34.     The Department's regulations speak for themselves.  Proposed Intervenor lacks sufficient information to admit or deny any remaining allegations in this paragraph.

35.     The Department's regulations speak for themselves, and Proposed Intervenor lacks sufficient information to admit or deny any remaining allegations in this paragraph.

[proposed] INTERVENOR-DEFENDANTS' ANSWER

36. This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

37. This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

38. This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

39. This paragraph consists of legal conclusions that do not require a response or cited laws that speak for themselves. To the extent this paragraph is deemed to include factual allegations, they are denied.

40. This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

41. This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

42. This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves. Proposed Intervenors lack sufficient information to admit or deny any remaining allegations in this paragraph.

43. This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves. Proposed Intervenors lack sufficient information to admit or deny any remaining allegations in this paragraph.

44. This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

45. The Department's regulations speak for themselves, and the legal conclusions in this paragraph do not require a response.  Proposed Intervenors lack sufficient information to admit or deny any remaining allegations in this paragraph.

46. This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities that speak for themselves.

47. The Department's regulations speak for themselves, and this paragraph's legal conclusions do not require a response.

[proposed] INTERVENOR-DEFENDANTS' ANSWER

48.     The Department's regulations speak for themselves, and this paragraph's legal conclusions do not require a response.

49.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

50.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

51.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves. Proposed Intervenors lack sufficient information to admit or deny any remaining allegations in this paragraph.

52.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves. Proposed Intervenors lack sufficient information to admit or deny any remaining allegations in this paragraph.

53.     Proposed Intervenors lack sufficient information to admit or deny the allegations in this paragraph.

54.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

55.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

56.     The Department's regulations speak for themselves, and this paragraph's legal conclusions do not require a response.

57.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

58.     The factual allegations in this paragraph are denied. This paragraph also includes legal conclusions that do not require a response.

59.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

60.     The Department's regulations speak for themselves, and this paragraph's legal conclusions do not require a response.

[proposed] INTERVENOR-DEFENDANTS' ANSWER

61.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

62.     The Department's regulations speak for themselves, and this paragraph's legal conclusions do not require a response.

63.     Proposed Intervenors lack sufficient information to admit or deny the allegations in this paragraph.

64.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves. Proposed Intervenors lack sufficient information to admit or deny the remaining allegations in this paragraph.

65.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves. Proposed Intervenors lack sufficient information to admit or deny the remaining allegations in this paragraph.

66.     This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

67.     Proposed Intervenor admit that the Rule supersedes earlier Department guidance on Title IX. To the extent that this paragraph contains other allegations that could be characterized as factual in nature, they are denied.

68.     The Department's Regulations speak for themselves, and this paragraph contains legal conclusions that do not require a response.

69.     The Department's Regulations speak for themselves, and this paragraph contains legal conclusions that do not require a response. Proposed Intervenors lack sufficient information to admit or deny the remaining allegations in this paragraph.

70.     The Department's Regulations speak for themselves, and this paragraph contains legal conclusions that do not require a response. Proposed Intervenors lack sufficient information to admit or deny the remaining allegations in this paragraph.

71.     The Department's Regulations speak for themselves, and this paragraph contains legal conclusions that do not require a response.

72.     Proposed Intervenors lacks sufficient information to admit or deny the allegations

[proposed] INTERVENOR-DEFENDANTS' ANSWER

1  in this paragraph.

2      73.    This paragraph consists of legal conclusions that do not require a response, and the

3  cited legal authorities speak for themselves.  Proposed Intervenors lack sufficient information to

4  admit or deny any factual allegations in this paragraph.

5      74.    The Department's Regulations speak for themselves, and this paragraph contains

6  legal conclusions that do not require a response.

7      75.    The Department's Regulations speak for themselves, and Proposed Intervenor

8  otherwise denies the characterizations in this paragraph. Proposed Intervenor lacks sufficient

9  information to admit or deny any remaining allegations in this paragraph.

10     76.    The Department's Regulations speak for themselves, and this paragraph contains

11  legal conclusions that do not require a response.

12     77.    Proposed Intervenors lack sufficient information to admit or deny the allegations

13  in this paragraph.

14     78.    The Department's Regulations speak for themselves, and the legal conclusions in

15  this paragraph do not require a response. Proposed Intervenors lack sufficient information to

16  admit or deny any remaining allegations in this paragraph.

17     79.    This paragraph consists of legal conclusions that do not require a response.

18     80.    Proposed Intervenors lack sufficient information to admit or deny the allegations

19  in this paragraph.

20     81.    This paragraph consists of legal conclusions that do not require a response. To the

21  extent this paragraph contains factual allegations, Proposed Intervenor lacks sufficient

22  information to admit or deny those allegations.

23     82.    This paragraph consists of legal conclusions that do not require a response, and the

24  cited legal authorities speak for themselves.  Proposed Intervenors lack sufficient information to

25  admit or deny any remaining allegations in this paragraph.

26     83.    Proposed Intervenors incorporate and restate their prior responses.

27     84.    This paragraph consists of legal conclusions that do not require a response, and the

28  cited legal authorities speak for themselves.

[proposed] INTERVENOR-DEFENDANTS' ANSWER

85.    This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves. Proposed Intervenors otherwise deny the characterizations in this paragraph.

86.    This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.  Proposed Intervenors otherwise deny the characterizations in this paragraph.

87.    This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves. Proposed Intervenors otherwise denies the characterizations in this paragraph.

88.    This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves.

89.    This paragraph consists of legal conclusions that do not require a response, and the cited legal authorities speak for themselves. Proposed Intervenors otherwise denies the characterizations in this paragraph.

90.    The paragraphs on page 23 of the complaint under "PRAYER FOR RELIEF" consist of a prayer for relief that does not require an answer. To the extent a response is required, Proposed Intervenors deny that Plaintiff is entitled to the relief described.

91.    Proposed Intervenors deny each and every allegation not expressly admitted herein.

[proposed] INTERVENOR-DEFENDANTS' ANSWER

1    Dated: May 21, 2021                      Respectfully submitted,

2      /s/  Bradley A. Benbrook                  /s/ Bryan K. Weir

3    Bradley A. Benbrook (CA Bar. #177768)    William S. Consovoy*
     Stephen M. Duvernay (CA Bar. #250957)    Bryan K. Weir (CA Bar. #310964)
4    BENBROOK LAW GROUP, PC                   Cameron T. Norris*
     400 Capitol Mall, Suite 2530             Alexa R. Baltes*
5    Sacramento, CA 95814                     CONSOVOY MCCARTHY PLLC
     (916)447-4900                            1600 Wilson Blvd., Ste. 700
6    brad@benbrooklawgroup.com                Arlington, VA 22209
     steve@benbrooklawgroup.com               (703) 243-9423
7    *Counsel for all Proposed Intervenors*   will@consovoymccarthy.com
                                              bryan@consovoymccarthy.com
8                                             cam@consovoymccarthy.com
       /s/  Charles J. Cooper                 lexi@consovoymccarthy.com
9                                             *Counsel for Speech First, Inc. and*
                                              *Independent Women's Law Center*
10   Charles J. Cooper*
     Brian W. Barnes*
11   COOPER & KIRK, PLLC
     1523 New Hampshire Ave., NW
12   Washington, D.C. 20036
     (202) 220-9600
13   ccooper@cooperkirk.com
     bbarnes@cooperkirk.com
14   *Counsel for Foundation for*
     *Individual Rights in Education*
15        *Motion to Appear Pro Hac Vice Forthcoming

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    10
[proposed] INTERVENOR-DEFENDANTS' ANSWER