John C. He (CA Bar No. 328382)
Adrienne Spiegel (CA Bar No. 330482)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: jhe@publicjustice.net
       aspiegel@publicjustice.net

*Listing continues on next page*

Counsel for Plaintiff The Women's Student Union

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WOMEN'S STUDENT UNION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | Case No. 21-cv-1626-EMC <br><br> **Stipulated Request for an Order Extending Time to Respond to the Organizational Movants' Motion to Intervene** <br><br> Hon. Edward M. Chen <br> Hearing: July 1, 2021, 1:30 PM (virtual) <br> Courtroom 5, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 |

Subject to the Court's approval and pursuant to Local Civil Rule 6-2, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. Plaintiff The Women's Student Union filed its Complaint on March 8, 2021. ECF No. 1.
2. Foundation for Individual Rights in Education, Independent Women's Law Center, and Speech First, Inc. (collectively "the Organizational Movants") filed their Motion to Intervene as Defendants on May 24, 2021. ECF No. 35.
3. The parties' responses to the Organizational Movants' Motion to Intervene are currently due on June 7, 2021.
4. For the reasons set forth in Lauren A. Khouri's declaration, the parties request that the deadline for their responses to the Organizational Movants' Motion to Intervene be extended until June 14, 2021.

Dated: June 4, 2021

Respectfully Submitted,

SETH M. GALANTER*
National Center for Youth Law
712 H Street NE, Suite 32020
Washington, DC 20002
Ph: (202) 868-4781
Fax: (510) 835-8099
Email: sgalanter@youthlaw.org

ADELE P. KIMMEL (CA Bar No. 126843)
ALEXANDRA Z. BRODSKY*
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
Ph: (202) 797-8600
Fax: (202) 232-7203
Email: akimmel@publicjustice.net
       abrodsky@publicjustice.net

JOHN C. HE (CA Bar No. 328382)
ADRIENNE SPIEGEL (CA Bar No. 330482)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: jhe@publicjustice.net
       aspiegel@publicjustice.net

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

BENJAMIN T. TAKEMOTO
(D.C. Bar No. 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*

*WSU v. ED*, No. 21-cv-1626-EMC, Stipulated Request for Order Extending Time

1

1  */s/ Lauren A Khouri*
LINDA M. CORREIA*
2  LAUREN A. KHOURI*
Correia & Puth, PLLC
3  1400 16th Street NW, Suite 450
4  Washington DC 20036
Ph: (202) 602-6500
5  Fax: (202) 602-6501
Email: lcorreia@correiaputh.com
6          lkhouri@correiaputh.com

7  *admitted pro hac vice*

8  *Attorneys for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

***WSU v. ED*, No. 21-cv-1626-EMC, Stipulated Request for Order Extending Time**
2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties' responses to Foundation for Individual Rights in Education, Independent Women's Law Center, and Speech First, Inc.'s Motion to Intervene are due June 14, 2021.

Dated: _____      _____
                                    HONORABLE EDWARD M. CHEN
                                    United States District Judge