**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WOMEN'S STUDENT UNION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendant. | Case No. 21-cv-1626-EMC<br><br>**[Proposed] Order**<br><br>Hon. Edward M. Chen<br>Hearing: July 15, 2021, 1:30 p.m.<br><br>Phillip Burton Federal Building & United States Courthouse, Courtroom 5, 17th Fl., 450 Golden Gate Ave., San Francisco, CA 94102 |

1  Defendant's Motion to Hold the Case in Abeyance is GRANTED. This case is held in abeyance
2  for sixty days. In sixty days, the parties are instructed to file a joint status report updating the Court on
3  whether additional proceedings are necessary. This includes, if necessary, proposed updated deadlines for
4  all deadlines that occurred during the abeyance.
5  IT IS SO ORDERED

7  Dated: _____

   EDWARD M. CHEN
8  United States District Judge