BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

BENJAMIN T. TAKEMOTO
(CA Bar No. 308075)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WOMEN'S STUDENT UNION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Case No. 21-cv-1626-EMC<br><br>**Defendant's Motion to Extend Time to File a Response to the Complaint and FIRE's Motion to Intervene and Continue the Case Management Conference and Motions Hearing**<br><br>Hon. Edward M. Chen<br>Hearing: July 15, 2021, 1:30 p.m.<br><br>Phillip Burton Federal Building & United States Courthouse, Courtroom 5, 17th Fl., 450 Golden Gate Ave., San Francisco, CA 94102 |

Defendant U.S. Department of Education respectfully files this administrative motion to extend the time to file its response to the Complaint, ECF No. 1, and the Foundation for Individual Rights' (FIRE's) Motion to Intervene, ECF No. 35, and to continue the case management conference and hearing on Texas's and FIRE's Motions to Intervene, ECF No. 46. Defendant proposes that if the Court denies Defendant's Motion to Hold the Case in Abeyance, the deadline for Defendant's response to the Complaint and to FIRE's Motion to Intervene be two weeks after the Court's ruling on the Motion to Hold the Case in Abeyance and the conference and hearing take place four weeks after the Court's ruling on the Motion to Hold the Case in Abeyance. And, if the Court grants Defendant's Motion to Hold the Case in Abeyance, Defendant proposes that suggested updated deadlines and hearing dates, if necessary, be included in the joint status report described in the Motion to Hold the Case in Abeyance.

In the alternative, if the Court wishes to proceed with the forthcoming case management conference and hearing on the motions to intervene, Defendant would still request that the deadline for its response to the Complaint be extended until two weeks after the Court rules on the Motion to Hold the Case in Abeyance.

Dated: June 7, 2021

Respectfully Submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

*Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
(CA Bar No. 308075)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*