**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WOMEN'S STUDENT UNION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Case No. 21-cv-1626-EMC<br><br>**[Proposed] Order**<br><br>Hon. Edward M. Chen<br>Hearing: July 15, 2021, 1:30 p.m.<br><br>Phillip Burton Federal Building & United States Courthouse, Courtroom 5, 17th Fl., 450 Golden Gate Ave., San Francisco, CA 94102 |

1  Defendant's Motion to Extend Time to File a Response to the Complaint and FIRE's Motion to
2  Intervene and Continue the Case Management Conference and Motions Hearing is GRANTED.
3  Defendant's deadlines to respond to the Complaint and FIRE's Motion to Intervene are held in
4  abeyance. The case management conference and the hearings on Texas's and FIRE's Motions to Intervene
5  are continued. The Court will provide new deadlines, if necessary, in its forthcoming order on Defendant's
6  Motion to Hold the Case in Abeyance.
7  IT IS SO ORDERED

9  Dated: _____

   EDWARD M. CHEN
   United States District Judge