**CONSOVOY MCCARTHY PLLC**
William S. Consovoy*
　E-Mail: will@consovoymccarthy.com
Bryan K. Weir
　E-Mail: bryan@consovoymccarthy.com
Cameron T. Norris*
　E-mail: cam@consovoymccarthy.com
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Telephone: (703) 243-9423
Counsel for [Proposed] Intervenor-Defendants
Speech First, Inc. and Independent Women's Law Center

**COOPER & KIRK, PLLC**
Charles J. Cooper*
　E-mail: ccooper@cooperkirk.com
Brian W. Barnes*
　E-mail: bbarnes@cooperkirk.com
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
Counsel for [Proposed] Intervenor-Defendants
Foundation for Individual Rights in Education
　　　*Motion to Appear Pro Hac Vice Forthcoming

*Additional Counsel for Proposed Intervenors Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| The Women's Student Union,<br><br>　　　*Plaintiff*,<br>　v.<br><br>U.S. Department of Education,<br><br>　　　*Defendant*,<br><br>Foundation for Individual Rights in Education, Independent Women's Law Center, Speech First, Inc.,<br><br>　　*[Proposed] Intervenor-Defendants* | Case No. 3:21-cv-01626-EMC<br><br>**PROPOSED INTERVENOR-DEFENDANTS' RESPONSE TO GOVERNMENT'S MOTION TO HOLD THE CASE IN ABEYANCE**<br><br>Judge: Hon. Edward M. Chen<br><br>**Date:　July 15, 2021**<br>**Time:　1:30 p.m.**<br>**Crtrm: 5, 17th Floor** |

The Government asks this Court to hold the case in abeyance for sixty days. Because the abeyance would also pause briefing on the motion to intervene, *see* Stay Mot. (Doc. 44) 3, Proposed Intervenor-Defendants submit this brief response. Proposed Intervenors do not oppose the Government's request.

Dated: June 7, 2021

Respectfully submitted,

 /s/ Cameron T. Norris

Bradley A. Benbrook (No. 177768)
Stephen M. Duvernay (No. 250957)
BENBROOK LAW GROUP, PC
400 Capitol Mall
Suite 2530
Sacramento, CA 95814
(916)447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

William S. Consovoy*
Bryan K. Weir (CA Bar. #310964)
Cameron T. Norris*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
bryan@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for Speech First, Inc. and Independent Women's Law Center*

 /s/  Charles J. Cooper

Charles J. Cooper**
Brian W. Barnes**
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
bbarnes@cooperkirk.com

*Counsel for Foundation for Individual Rights in Education*

   *Pro Hac Vice
   **Pro Hac Vice Forthcoming

2                                        Case No 3:21-cv-01626-EMC
PROPOSED INTERVENORS' RESPONSE TO DEFENDANT'S
MOTION TO HOLD THE CASE IN ABEYANCE