**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
PATRICK K. SWEETEN, (*pro hac vice*)
E-Mail: Patrick.Sweeten@oag.texas.gov
KATHLEEN T. HUNKER, (*pro hac vice*)
E-Mail: Kathleen.Hunker@oag.texas.gov
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548
Telephone: 512.936.1414
Facsimile: 512.936.0545

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, CA Bar No. 130193
E-Mail: Michael.Johnson@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260
Attorneys for Intervenor-Defendant
KEN PAXTON IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF TEXAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

THE WOMEN'S STUDENT UNION,

Plaintiff,

vs.

U.S. DEPARTMENT OF EDUCATION,

Defendant.

and

STATE OF TEXAS,

[Proposed] Intervenor-Defendant.

Case No. 3:21-cv-01626-EMC

**INTERVENOR-DEFENDANT STATE OF TEXAS' STATEMENT OF NO OBJECTION TO GOVERNMENT'S MOTION TO HOLD THE CASE IN ABEYANCE**

Judge: Hon. Edward M. Chen

**Date:** **July 15, 2021**
**Time:** **1:30 p.m.**
**Crtrm:** **5, 17th Floor**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

On June 4, 2021, the Department of Education moved to hold this case in abeyance for sixty days while it conducts a review of the regulations at issue in this case. ECF 44. The request comes nearly two months after the State of Texas filed its motion to intervene, which remains pending before this Court. ECF 19. Because the abeyance, if granted, would put on hold this Court's consideration of Texas' motion, Texas submits this response.

Texas does not object to the Department's request.

DATED: June 10, 2021 Respectfully submitted.

*/s/ Patrick K. Sweeten*
Patrick K. Sweeten
Deputy Attorney General for Special Litigation
Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
Grant Dorfman
Deputy First Assistant Attorney General
William T. Thompson
Deputy Chief, Special Litigation Unit
Kathleen T. Hunker
Special Counsel

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Michael K. Johnson*
Michael K. Johnson
Attorneys for Defendant
KEN PAXTON IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS



**CERTIFICATE OF SERVICE**
***The Women's Student Union v. U.S. Department of Education, et al.***
USDC-ND, San Francisco Division, Case No. 3:21-cv-01626-EMC

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 10, 2021, I served the following document: **INTERVENOR-DEFENDANT STATE OF TEXAS' STATEMENT OF NO OBJECTION TO GOVERNMENT'S MOTION TO HOLD THE CASE IN ABEYANCE**

The document was served by the following means:

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the document with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to all persons registered by the Court to receive Notifications of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 10, 2021

*/s/ Sandra Hayes*
Sandra Hayes

