1  John C. He (CA Bar No. 328382)
   Public Justice
2  475 14th Street, Suite 610
   Oakland, CA 94612
3  Ph: (510) 622-8150
4  Fax: (202) 232-7203
   Email: jhe@publicjustice.net
5

6  *Listing continues on next page*

7  Counsel for Plaintiff The Women's Student Union

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WOMEN'S STUDENT UNION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Case No. 21-cv-1626-EMC<br><br>**Stipulated Request for an Order Continuing the Hearing Date on the Pending Motions to Intervene**<br><br>Hon. Edward M. Chen<br>Hearing: July 15, 2021, 1:30 PM (virtual)<br>Courtroom 5, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 |

*WSU v. ED*, No. 21-cv-1626-EMC, Stipulated Request for Order Continuing Hearing Date

1   Subject to the Court's approval and pursuant to Local Civil Rule 6-2, the parties through their
2   undersigned counsel of record HEREBY STIPULATE as follows:
3   1. Plaintiff The Women's Student Union filed its Complaint on March 8, 2021. ECF No. 1.
4   2. The State of Texas filed its Motion to Intervene as Defendant on April 8, 2021. ECF No. 19.
5   3. Foundation for Individual Rights in Education, Independent Women's Law Center, and Speech First,
6      Inc. (collectively "the Organizational Movants") filed their Motion to Intervene as Defendants on May
7      24, 2021. ECF No. 35.
8   4. For the reason set forth in Alexandra Z. Brodsky's declaration, the parties request that the hearing on
9      the pending Motions to Intervene be continued until July 29, 2021 at 1:30pm.

Dated: June 23, 2021

Respectfully Submitted,

SETH M. GALANTER*
National Center for Youth Law
712 H Street NE, Suite 32020
Washington, DC 20002
Ph: (202) 868-4781
Fax: (510) 835-8099
Email: sgalanter@youthlaw.org

 */s/ Alexandra Z. Brodsky*
ADELE P. KIMMEL (CA Bar No. 126843)
ALEXANDRA Z. BRODSKY*
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
Ph: (202) 797-8600
Fax: (202) 232-7203
Email: akimmel@publicjustice.net
       abrodsky@publicjustice.net

JOHN C. HE (CA Bar No. 328382)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: jhe@publicjustice.net

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

BENJAMIN T. TAKEMOTO
(D.C. Bar No. 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*

LINDA M. CORREIA*
LAUREN A. KHOURI*
Correia & Puth, PLLC
1400 16th Street NW, Suite 450
Washington DC 20036
Ph: (202) 602-6500
Fax: (202) 602-6501
Email: lcorreia@correiaputh.com
　　　　lkhouri@correiaputh.com

*admitted pro hac vice

*Attorneys for Plaintiff*

1 **[~~PROPOSED~~] ORDER AS MODIFIED**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the Motions to Intervene

3 filed by the State of Texas and Foundation for Individual Rights in Education, Independent Women's Law

4 Center, and Speech First, Inc. will be held ~~July 29, 2019~~ August 5, 2021 at 1:30pm.

6 Dated: June 23, 2021

                                       EDWARD M. CHEN
                                       United States District Judge