John C. He (CA Bar No. 328382)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: jhe@publicjustice.net

*Listing continues on next page*

Counsel for Plaintiff The Women's Student Union

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WOMEN'S STUDENT UNION, | Case No. 21-cv-1626-EMC |
| Plaintiff, | **Stipulated Request for an Order Extending the Due Date to File a Response to the Motion to Dismiss** |
| v. | Hon. Edward M. Chen |
| U.S. DEPARTMENT OF EDUCATION, | Hearing: August 5, 2021, 1:30 PM (virtual) |
| Defendant. | Courtroom 5, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 |

*WSU v. ED*, No. 21-cv-1626-EMC, Stipulated Request for Extension to File Response

1    Subject to the Court's approval and pursuant to Local Civil Rule 6-2, the parties through their

2  undersigned counsel of record HEREBY STIPULATE as follows:

3  1.  Plaintiff The Women's Student Union filed its Complaint on March 8, 2021. ECF No. 1.

4  2.  The U.S. Department of Education filed its Motion to Dismiss on July 1, 2021.  ECF No. 61.

5  3.  Plaintiff's opposition to the Department's motion is currently due July 15, 2021.

6  4.  For the reason set forth in Seth M. Galanter's declaration, the parties request that plaintiff's response

7     to the Motion to Dismiss be extended one week, until July 22, 2021.

8  Dated: July 7, 2021                                Respectfully Submitted,

9  */s/ Seth M. Galanter*                             BRIAN M. BOYNTON
10                                                    Acting Assistant Attorney General
   SETH M. GALANTER*                                  Civil Division
10 National Center for Youth Law
   712 H Street NE, Suite 32020
11 Washington, DC 20002                               CARLOTTA P. WELLS
                                                      Assistant Branch Director
12 Ph: (202) 868-4781                                 Civil Division, Federal Programs Branch
   Fax: (510) 835-8099
13 Email: sgalanter@youthlaw.org                      BENJAMIN T. TAKEMOTO
                                                      (D.C. Bar No. 1045253)
14                                                    Trial Attorney
   ADELE P. KIMMEL (CA Bar No. 126843)                United States Department of Justice
15 ALEXANDRA Z. BRODSKY*                              Civil Division, Federal Programs Branch
   Public Justice                                     P.O. Box No. 883, Ben Franklin Station
16 1620 L Street NW, Suite 630                        Washington, DC 20044
   Washington, DC 20036                               Phone: (202) 532-4252
17 Ph: (202) 797-8600                                 Fax: (202) 616-8460
   Fax: (202) 232-7203                                E-mail: benjamin.takemoto@usdoj.gov
18 Email: akimmel@publicjustice.net
19         abrodsky@publicjustice.net                 *Attorneys for Defendant*

20 JOHN C. HE (CA Bar No. 328382)
   Public Justice
21 475 14th Street, Suite 610
   Oakland, CA 94612
22 Ph: (510) 622-8150
   Fax: (202) 232-7203
23 Email: jhe@publicjustice.net

24
   LINDA M. CORREIA*
25 LAUREN A. KHOURI*
   Correia & Puth, PLLC
26 1400 16th Street NW, Suite 450
   Washington DC 20036
27 Ph: (202) 602-6500
   Fax: (202) 602-6501
28

***WSU v. ED**, No. 21-cv-1626-EMC, **Stipulated Request for Extension to File Response***

1

Email:  lcorreia@correiaputh.com
            lkhouri@correiaputh.com

*admitted pro hac vice*

*Attorneys for Plaintiff*

1

**[PROPOSED] ORDER**

2        PURSUANT TO STIPULATION, IT IS SO ORDERED. The Plaintiff's response to the Motion

3   to Dismiss filed by the U.S. Department of Education will be due on July 22, 2021.

4

5   Dated: _____        _____

6                                                  EDWARD M. CHEN
                                                   United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28