OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** August 5, 2021     **Time:** 1:56 - 2:37 =     **Judge:** EDWARD M. CHEN
                                      41 Minutes

**Case No.:** 21-cv-01626-EMC     **Case Name:** The Women's Student Union v. U.S. Department of Education

**Attorneys for Plaintiff:** Seth Galanter, Alexandra Brodsky
**Attorney for Defendant:** Benjamin Takemoto
**Attorneys for Intervenors:** Kathleen Hunker, Michael Johnson, Brian W. Barnes

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Katherine Sullivan

**PROCEEDINGS HELD BY ZOOM WEBINAR**

[61] Motion to Dismiss; Motion to Dismiss/Lack of Jurisdiction - held.
[19] Motion to Intervene – not held;
[35] Motion to Intervene – not held;
Initial Case Management Conference – not held.

**SUMMARY**

Parties stated appearances and proffered argument. For the reasons stated on the record, the Court granted the Department of Education's motion to dismiss for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1), with leave to amend. Plaintiff has forty-five days to file its amended complaint on or before September 19, 2021.

Court to issue written order.