BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

BENJAMIN T. TAKEMOTO
(D.C. Bar No. 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WOMEN'S STUDENT UNION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Case No. 21-cv-1626-EMC<br><br>**Stipulated Request for an Order Extending Time**<br><br>Hon. Edward M. Chen<br><br>Phillip Burton Federal Building & United States Courthouse, Courtroom 5, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 |

*WSU v. ED*, No. 21-cv-1626-EMC, Stipulated Request for Order Extending Time

Subject to the Court's approval and pursuant to Local Civil Rule 6-2, and for the reasons set forth in Benjamin T. Takemoto's declaration, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. Defendant's Motion to Dismiss the Amended Complaint is due on November 10, 2021.
2. Plaintiff's Opposition is due on December 1, 2021.
3. The Case Management Statement is due on December 9, 2021.
4. The Case Management Conference is continued until December 16, 2021.

Dated: October 8, 2021

SETH M. GALANTER*
National Center for Youth Law
712 H Street NE, Suite 32020
Washington, DC 20002
Ph: (202) 868-4781
Fax: (510) 835-8099
Email: sgalanter@youthlaw.org

ADELE P. KIMMEL (CA Bar No. 126843)
ALEXANDRA Z. BRODSKY*
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
Ph: (202) 797-8600
Fax: (202) 232-7203
Email:  akimmel@publicjustice.net
        abrodsky@publicjustice.net

ADRIENNE SPIEGEL (CA Bar No. 330482)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: aspiegel@publicjustice.net

Respectfully Submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

CARLOTTA P. WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Benjamin T. Takemoto*
BENJAMIN T. TAKEMOTO
(D.C. Bar No. 1045253)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*

***WSU v. ED**, No. 21-cv-1626-EMC, Stipulated Request for Order Extending Time*

1

LINDA M. CORREIA*
LAUREN A. KHOURI*
Correia & Puth, PLLC
1400 16th Street NW, Suite 450
Washington DC 20036
Ph: (202) 602-6500
Fax: (202) 602-6501
Email: lcorreia@correiaputh.com

*admitted pro hac vice

Attorneys for Plaintiff

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____       _____
EDWARD M. CHEN
United States District Judge