**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
PATRICK K. SWEETEN,
  E-Mail: Patrick.Sweeten@oag.texas.gov
KATHLEEN T. HUNKER
  E-Mail: Kathleen.Hunker@oag.texas.gov
P.O. Box 12548 (MC-009)
Austin, TX 78711-2548
Telephone: 512.936.1414
Facsimile: 512.936.0545

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, CA Bar No. 130193
  E-Mail: Michael.Johnson@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260
Attorneys for Intervenor-Defendant
KEN PAXTON IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF TEXAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WOMEN'S STUDENT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant.<br><br>STATE OF TEXAS,<br><br>[Proposed] Intervenor-Defendant. | Case No. 3:21-cv-01626-EMC<br><br>**TEXAS' MOTION TO INTERVENE AS DEFENDANT**<br><br>Hearing Date: December 16, 2021<br>Time: 1:30 p.m.<br>Ctrm:: 5, 17th Floor<br><br>Judge: Hon. Edward M. Chen |

Putative Intervenor-Defendant, the State of Texas, by and through the Attorney General of Texas, and pursuant to Federal Rule of Civil Procedure 24, moves to intervene as of right in the above-captioned action or, in the alternative, permissively. In support of this Motion, Texas relies on the following contemporaneously-filed documents:

1. Memorandum in Support of Texas' Motion to Intervene;

2. [Proposed] Intervenor-Defendant Texas' Answer; and

3. [Proposed] Order Granting Texas' Motion to Intervene.

For the reasons stated in this Motion and accompanying documents, Texas respectfully requests that the Court grant its Motion to Intervene.

Dated: October 18, 2021     Respectfully submitted.

*/s/ Patrick K. Sweeten*
Patrick K. Sweeten
Deputy Attorney General for Special Litigation
Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
Grant Dorfman
Deputy First Assistant Attorney General
William T. Thompson
Deputy Chief, Special Litigation Unit
Kathleen T. Hunker
Special Counsel


LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Michael K. Johnson*
Michael K. Johnson
Attorneys for Defendant
KEN PAXTON IN HIS OFFICIAL CAPACITY
AS  ATTORNEY GENERAL OF TEXAS

