John C. He (CA Bar No. 328382)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: jhe@publicjustice.net

*Full listing in signature block*

Counsel for Plaintiff The Women's Student Union

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WOMEN'S STUDENT UNION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Case No. 21-cv-1626-EMC<br><br>**Stipulated Request for an Order Resetting the Briefing Deadlines for the Defendant's Pending Motion to Dismiss**<br><br>Hon. Edward M. Chen<br>Hearing: January 20, 2022, 1:30 PM (Virtual)<br>Courtroom 5, 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 |

Subject to the Court's approval and pursuant to Local Civil Rule 6-2, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. Plaintiff The Women's Student Union filed its Amended Complaint on October 4, 2021, ECF No. 78.

2. The U.S. Department of Education filed a Motion to Dismiss on November 10, 2021, ECF No. 89.

3. Plaintiff's opposition to the Department's motion is currently due November 24, 2021. The Department's reply is currently due on December 1, 2021.

4. For the reasons set forth in Alexandra Z. Brodsky's declaration, attached, the parties respectfully request the Court reset the briefing schedule as follows:

   a. Extend plaintiff's deadline to file its opposition to the Motion to Dismiss by two weeks, until December 8, 2021;

   b. Extend the Department's deadline to file its reply until December 22, 2021.

Dated: November 18, 2021                    Respectfully Submitted,

ADELE P. KIMMEL (CA Bar No. 126843)
ALEXANDRA Z. BRODSKY*
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
Ph: (202) 797-8600
Fax: (202) 232-7203
Email: akimmel@publicjustice.net
       abrodsky@publicjustice.net

JOHN C. HE (CA Bar No. 328382)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: jhe@publicjustice.net

LINDA M. CORREIA*
LAUREN A. KHOURI*
Correia & Puth, PLLC
1400 16th Street NW, Suite 450
Washington DC 20036
Ph: (202) 602-6500
Fax: (202) 602-6501
Email: lcorreia@correiaputh.com
lkhouri@correiaputh.com

*admitted pro hac vice*

*Attorneys for Plaintiff*

BRIAN M. BOYTON
Acting Assistant Attorney General
Civil Division

CARLOTTA WELLS
Assistant Branch Director
Civil Division, Federal Programs Branch

BENJAMIN T. TAKEMOTO
(CA Bar No. 308075)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 868
Washington, DC 20530
Phone: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendant*

**WSU v. ED, No. 21-cv-1626-EMC, Stipulated Request for Extension in Briefing Schedule for Motion to Dismiss**

2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The plaintiff's opposition to the Motion to Dismiss filed by the U.S Department of Education will be due on December 8, 2021. Any reply by the Department will be due on December 22, 2021.

Date: _____   _____
                                                                              EDWARD M. CHEN
                                                                              United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send a notification of the filing to counsel in this case.

*/s/ Alexandra Z. Brodsky*