

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

REGION IX
CALIFORNIA

50 UNITED NATIONS PLAZA
MAIL BOX 1200, ROOM 1545
SAN FRANCISCO, CA 94102

January 19, 2022

**VIA ELECTRONIC MAIL**

Superintendent Brent Stephens
superintendent@berkeley.net

Re: OCR Complaint No. 09-21-1128

Dear Superintendent Stephens:

On February 26, 2021, the U.S. Department of Education (Department), Office for Civil Rights (OCR), received a complaint against Berkeley Unified School District (District). The complaint alleges discrimination on the basis of sex. OCR currently understands the allegation to be that the District has allowed a hostile environment on the basis of sex to exist at Berkeley High School (the School) by failing to respond promptly and effectively to incidents of sexual harassment at the School from the 2018-2019 school year to the present.

OCR enforces Title IX of the Education Amendments of 1972 (Title IX), 20 U.S.C. §§ 1681-1688, and its implementing regulation at 34 C.F.R. Part 106, which prohibit discrimination on the basis of sex in any education program or activity operated by a recipient of Federal financial assistance. As a recipient of Federal financial assistance from the Department, the District is subject to Title IX.[1] Title IX and its implementing regulation contain several exemptions and exceptions from their coverage. *See* 20 U.S.C. §§ 1681(a)(1)-(9); 34 C.F.R. §§ 106.11-106.15; *see also* OCR's webpage on exemptions from Title IX. If the District intends to claim an exemption from the application of Title IX and its implementing regulation to this complaint, please contact the OCR staff member identified below. The District may do this before responding to OCR's data request, which will be sent separately at a later date.

OCR is opening the legal issue stated above for investigation.

---

[1] Amendments to the Title IX regulation went into effect on August 14, 2020, and can be viewed here. However, with regard to alleged incidents that occurred prior to that date, OCR is evaluating the complaint based on the prior Title IX regulation that was in effect at the time when the alleged acts occurred. You can find that regulation here. For more information about Title IX, including the new Title IX regulation and related resources, visit OCR's website at
https://www2.ed.gov/about/offices/list/ocr/docs/tix_dis.html and
https://www2.ed.gov/about/offices/list/ocr/frontpage/faq/rr/policyguidance/index.html.

Please note that opening the allegation for investigation in no way implies that OCR has made a determination with regard to its merits. During the investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence from the complainant, the recipient, and other sources, as appropriate. OCR will ensure that its investigation is legally sufficient and is dispositive of the allegation, in accordance with the provisions of Article III of the *Case Processing Manual*.[2] OCR also would like to make you aware that individuals who file complaints with OCR may have the right to file a private suit in federal court whether or not OCR finds a violation.

OCR is committed to resolving complaints as promptly as possible. OCR will contact you or your designated representative soon to discuss the allegation and the complaint resolution process. This process provides for investigations to be terminated if the District has taken actions that completely resolve the issues in the complaint. OCR may close this complaint prior to making formal findings of compliance or non-compliance, provided that the circumstances or information gathered establishes an administrative or other basis for resolution in accordance with the *Case Processing Manual*.

On receipt of this letter notifying the District that OCR has opened an investigation of the above-referenced allegation, please contact OCR San Francisco Staff Attorney Rhonda Ngom at rhonda.ngom@ed.gov with the name, title, email, and telephone number of the person you designate to be OCR's primary point of contact for the investigation of this complaint. Within the next ten days, Ms. Ngom will be sending an initial data request to this point of contact.

Please be advised that the District may not harass, coerce, intimidate, discriminate, or otherwise retaliate against any individual because he or she has filed a complaint or participated in the complaint resolution process. If this happens, the individual subjected to such retaliatory treatment may file another complaint alleging retaliation.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. In the event that OCR receives such a request, we will seek to protect, to the extent provided by law, personally identifiable information, which, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

Your cooperation is appreciated. If you have any questions, please contact Ms. Ngom.

                Sincerely,

                Sara Berman
                Team Leader

---

[2] The *Case Processing Manual* is available at https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf.