# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

**Date:** January 20, 2022  **Time:** 2:18-3:09= 51 Minutes  **Judge:** EDWARD M. CHEN

**Case No.:** 3:21-cv-01626-EMC  **Case Name:** The Women's Student Union v. U.S. Department of Education

**Attorneys for Plaintiff:** John Lewis and Alexandra Brodsky

**Attorneys for Defendants:** Benjamin Takemoto (U.S. Department of Education); Kathleen Hunker and Michael Johnson (State of Texas and Ken Paxton) and Brian Barnes (Foundation for Individual Rights in Education)

**Deputy Clerk:** Vicky Ayala  **Court Reporter:** Marla Knox

## PROCEEDINGS HELD BY ZOOM WEBINAR

Motions to Intervene; Motion to Dismiss Lack of Jurisdiction and Initial Case Management Conference.

## SUMMARY

Parties stated appearances and proffered argument.

Matters taken under submission.