John C. He (CA Bar No. 328382)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: jhe@publicjustice.net

*Full listing in signature block*

Counsel for Plaintiff The Women's Student Union

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WOMEN'S STUDENT UNION, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> *Defendant*. | **NOTICE OF INTENT TO REST ON AMENDED COMPLAINT** <br><br> Civil Action No. 3:21-cv-01626-EMC <br><br> Judge: Honorable Edward M. Chen <br><br> Hearing: n/a |

Plaintiff the Women's Student Union respectfully submits the following notice to inform the Court that it intends to rest on the Amended Complaint dismissed by the Court on February 16, 2022, *see* ECF No. 114, rather than filing a Second Amended Complaint. After the court dismisses a complaint with leave to amend, "[a] plaintiff may obtain an appealable final judgment by 'fil[ing] in writing a notice of intent not to file an amended complaint.'" *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1063-64 (9th Cir. 2004) (quoting *WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1135 (9th Cir. 1997)). WSU therefore requests that the Court enter a final appealable order so that it can pursue an appeal to the United States Court of Appeals for the Ninth Circuit.

Date: March 15, 2022

Respectfully submitted,

/s/ John T. Lewis
John T. Lewis*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Ph: (202) 448-9090
Email: jlewis@democracyforward.org

Linda M. Correia*
Lauren A. Khouri*
Correia & Puth, PLLC
1400 16th Street NW, Suite 450
Washington DC 20036
Ph: (202) 602-6500
Fax: (202) 602-6501
Email: lcorreia@correiaputh.com
   lkhouri@correiaputh.com

Adele P. Kimmel (CA Bar No. 126843)
Alexandra Z. Brodsky*
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
Ph: (202) 797-8600
Fax: (202) 232-7203
Email: akimmel@publicjustice.net
   abrodsky@publicjustice.net

John C. He (CA Bar No. 328382)
Public Justice
475 14th Street, Suite 610
Oakland, CA 94612
Ph: (510) 622-8150
Fax: (202) 232-7203
Email: jhe@publicjustice.net

* admitted *pro hac vice*

*Notice of Intent to Rest on Amended Complaint*
*3:21-cv-01626-EMC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2022, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send a notification of the filing to counsel in this case.

<u>/s/ John T. Lewis</u>