UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Northern District of California |
| U.S. District Court case number: | 3:21-cv-1626 |
| Date case was first filed in U.S. District Court: | 3/8/2021 |
| Date of judgment or order you are appealing: | 7/1/2022, 2/16/2022, 9/2/2021 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Women's Student Union

Is this a cross-appeal?   ◯ Yes   ⦿ No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If Yes, what is the prior appeal case number? 

Your mailing address:

Democracy Forward Foundation

P.O. Box 34553

City: Washington   State: DC   Zip Code: 20043

Prisoner Inmate or A Number (if applicable): 

**Signature** /s/ John T. Lewis   **Date** 7/11/2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                                          Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| Women's Student Union |

Name(s) of counsel (if any):
| |
|---|
| John T. Lewis / Sean A. Lev<br>Democracy Forward Foundation |

Address: P.O. Box 34553, Washington, DC 20043

Telephone number(s): (202) 448-9090

Email(s): jlewis@democracyforward.org / slev@democracyforward.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| U.S. Department of Education |

Name(s) of counsel (if any):
| |
|---|
| Benjamin Thomas Takemoto<br>Vinita Andrapalliyal<br>U.S. Department of Justice, Civil Division, Federal Programs Branch |

Address: P.O. Box 883, Ben Franklin Station, Washington, DC 20044

Telephone number(s): (202) 532-4252 / (202) 305-0845

Email(s): benjamin.takemoto@usdoj.gov / vinita.b.andrapalliyal@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> Women's Student Union

Name(s) of counsel (if any):

> Adele P. Kimmel / Alexandra Z. Brodsky / Mollie Berkowitz
> Public Justice

Address: 1620 L Street NW, Suite 630, Washington, DC 20036

Telephone number(s): (202) 797-8600

Email(s): akimmel@publicjustice.net / abrodsky@publicjustice.net / mberkowitz@publicjustice.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ☉ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                              2                                  Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Women's Student Union

Name(s) of counsel (if any):

Linda M. Correia / Lauren A. Khouri
Correia & Puth, PLLC

Address: 1400 16th Street NW, Suite 450, Washington DC 20036

Telephone number(s): (202) 602-6500

Email(s): lcorreia@correiaputh.com / lkhouri@correiaputh.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◯ Yes   ⦿ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　　　　　　2　　　　　　　　　　　　　　　Rev. 12/01/2018