| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 28 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| WOMEN'S STUDENT UNION,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant-Appellee,<br><br>　and<br><br>STATE OF TEXAS; et al.,<br><br>　　　　Movants. | No.   22-16016<br><br>D.C. No. 3:21-cv-01626-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The appellant's unopposed motion (Docket Entry No. 7) to stay appellate proceedings is granted in part. The previously established briefing schedule is vacated.

Appellate proceedings other than mediation are stayed pending resolution of the Department of Education's rulemaking proceedings or until further order of the court.

The parties shall file a status report on October 30, 2022, and every 90 days thereafter while the rulemaking proceedings are pending. Status reports should include any change in the status of the proceedings and the estimated date of completion, if known.

tah/7.25.22/Pro Mo

The parties shall notify the court by filing a status report within 7 days of the promulgation of any final rule.

Failure to file a status report will terminate the stay of appellate proceedings. The briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7