

**FILED**

DEC 6 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WOMEN'S STUDENT UNION, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant-Appellee, <br><br> and <br><br> STATE OF TEXAS; et al., <br><br> Movants. | No. 22-16016 <br><br> D.C. No. 3:21-cv-01626-EMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Appellant's unopposed motion (Docket Entry No. 34) to continue the of stay appellate proceedings is granted.

Appellate proceedings are stayed until January 6, 2025. If no motion for further relief is filed before this date, the briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA183