UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WOMEN'S STUDENT UNION,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br> U.S. DEPARTMENT OF EDUCATION,<br><br>    Defendant-Appellee,<br><br>  and<br><br>STATE OF TEXAS; et al.,<br><br>    Movants. | No.    22-16016<br><br>D.C. No. 3:21-cv-01626-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The motion (Docket Entry No. 36) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA183